UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 31, 2002
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

JASON HOMMEL

v.     CASE NUMBER: CIV S-02-2518 WBS DAD PS

SQUAW VALLEY SKI CORPORATION, et al.


**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF DECEMBER 31, 2002.**


Jack L. Wagner,
Clerk of the Court

ENTERED:   December 31, 2002

by: _D. Waggoner_
D. Waggoner, Deputy Clerk

```
                         daw
            United States District Court
                       for the
            Eastern District of California
                   December 31, 2002


            * * CERTIFICATE OF SERVICE * *


                              2:02-cv-02518


   Hommel

       v.

   Squaw Valley Ski


   _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 31, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Jason Hommel                        SH/WBS
        12641 Anvil Road
        Grass Valley, Ca   95945            PB/DAD




                                      Jack L. Wagner, Clerk

                                      BY: _____
                                          Deputy Clerk
```